AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern District | District of | California |

PAOLO GIACALONE, a resident of Gilbert, Arizona

E-filing

V.

BAYER CORPORATION et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 08 4157

EDL

TO: (Name and address of Defendant)

BAYER CORPORATION;
BAXTER HEALTHCARE CORPORATION;
ARMOUR PHARMACEUTICAL COMPANY, INC.; and
ALPHA THERAPEUTIC CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lieff Cabraser Heimann and Bernstein, LLP
780 Third Avenue
48th Floor
New York, NY 10017

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING          SEP  2 2008

| CLERK | DATE |

(By) DEPUTY CLERK

MARY ANN BUCKLEY

## SERVICE LIST

| | |
|---|---|
| BAYER CORPORATION<br>CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Dr.<br>Sacramento, CA 95833 | BAXTER HEALTHCARE CORPORATION<br>CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| ARMOUR PHARMACEUTICAL COMPANY, INC.<br>Corporation Service Company<br>2704 Commerce Drive<br>Harrisburg, PA 17110 | ALPHA THERAPEUTIC CORPORATION<br>CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 |

780658.1